IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Curtis, Eulavaughn G | Case Number: 07 B 01457 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/17/08 | Filed: 1/29/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 1, 2008
Confirmed: June 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,318.59 | |
| Secured: | | 1,863.17 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 327.25 |
| Trustee Fee: | | 128.17 |
| Other Funds: | | 0.00 |
| Totals: | 2,318.59 | 2,318.59 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,274.00 | 327.25 |
| 2. | Americredit Financial Ser Inc | Secured | 11,602.91 | 1,863.17 |
| 3. | Illinois Dept of Revenue | Priority | 110.00 | 0.00 |
| 4. | Capital One | Unsecured | 63.72 | 0.00 |
| 5. | Amex Assurance | Unsecured | 415.90 | 0.00 |
| 6. | Jefferson Capital | Unsecured | 61.24 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured | 51.59 | 0.00 |
| 8. | St James Hospital | Unsecured | 298.20 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 207.33 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 236.17 | 0.00 |
| 11. | Isac | Unsecured | | No Claim Filed |
| 12. | Creditor's Collection Bureau | Unsecured | | No Claim Filed |
| 13. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 14. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 15. | Isac | Unsecured | | No Claim Filed |
| 16. | AFNI | Unsecured | | No Claim Filed |
| 17. | Isac | Unsecured | | No Claim Filed |
| 18. | Wilber Law Firm P C | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,321.06 | $ 2,190.42 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 7.08 |
| 5.4% | 98.34 |
| 6.5% | 22.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Curtis, Eulavaughn G | Case Number: 07 B 01457 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/17/08 | Filed: 1/29/07 |

$\underline{\phantom{xxxxxxxxxx}}$
$ 128.17

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

